IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DARNELL F. OWENS,               )
                                )
        Plaintiff,              )
                                )       CIVIL ACTION NO.
        v.                      )        2:07cv446-MHT
                                )
STATE OF ALABAMA, et al.,       )
                                )
        Defendants.             )

ORDER

It is ORDERED that the motion to withdraw (Doc. No.
1) is granted.

DONE, this the 23rd day of May, 2007.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE