IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv446-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 4) is granted.

DONE, this the 23rd day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**