IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT ) | |
| DISCRIMINATION LITIGATION ) | |
| AGAINST THE STATE OF ) | |
| ALABAMA, et al., ) | |
| ) | |
| EUGENE CRUM, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:94cv356-MHT |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) The amended motion to intervene (Doc. No. 522) is granted.

(2) The related amended complaint-in-intervention is converted to a separate lawsuit and is to be filed in Owens v. Alabama, civil action no. 07cv446-MHT.

DONE, this the 24th day of May, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE