RECEIVED
2002 NOV -8 P 2:50
\\.P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.: | ) ) ) |
| EUGENE CRUM, JR., et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: ) CV-94-T-356-N |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) ) ) ) |
| CARRIE WARREN and LEE M. TAYLOR, | ) ) |
| Plaintiff-Intervenors, | ) ) |
| v. | ) ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF PUBLIC HEALTH, and its Commissioner/Director, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

1

| | |
|---|---|
| SHEILA RUSSELL, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH and MENTAL RETARDATION, and its Commissioner, VIRGINIA ROGERS, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | |
| ROBERT TAYLOR and LANEETA ROBERTS, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| v. | ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF PUBLIC SERVICE COMMISSION, and its President JIM SULLIVAN, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | |
| VELMA EASTERLING, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF ALABAMA CRIME VICTIMS & COMPENSATION COMMISSION, and its Executive Director, ANITA DRUMMOND, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

2

SYLVIA ADAMS,                                    )
                                                 )
    Plaintiff-Intervenor,                     )
                                                 )
v.                                               )
STATE OF ALABAMA, GOVERNOR FOB                   )
JAMES, STATE OF ALABAMA PERSONNEL                )
DEPARTMENT, STATE OF ALABAMA                     )
DEPARTMENT OF FINANCE, PHILLIP W.                )
WILLIAMS, Director of Finance,                   )
                                                 )
    Defendants.                                )


FRANKLIN MCMILLION and                           )
KITTY WILLIAMS-ARCHIE,                           )
                                                 )
    Plaintiff-Intervenors,                     )
                                                 )
v.                                               )
STATE OF ALABAMA, GOVERNOR FOB                   )
JAMES, STATE OF ALABAMA PERSONNEL                )
DEPARTMENT, STATE OF ALABAMA                     )
DEPARTMENT OF REVENUE, and H. GENE               )
MONROE, Commissioner of Revenue,                 )
                                                 )
    Defendants.                                )


ROY HIGHTOWER,                                   )
                                                 )
    Plaintiff-Intervenor,                      )
                                                 )
v.                                               )
                                                 )
STATE OF ALABAMA, GOVERNOR FOB                   )
JAMES, STATE OF ALABAMA PERSONNEL                )
DEPARTMENT, STATE OF ALABAMA                     )
DEPARTMENT OF CORRECTIONS, and its               )
COMMISSIONER, Joe S. Hopper,                     )
                                                 )
    Defendants.                                )

3

GAIL HOWARD, )
)
    Plaintiff-Intervenor, )
)
v. )
)
STATE OF ALABAMA, GOVERNOR FOB )
JAMES, STATE OF ALABAMA PERSONNEL )
DEPARTMENT, STATE OF ALABAMA )
DEPARTMENT OF FORENSIC SCIENCE, and its )
Director CARLOS RABREN, )
)
    Defendants. )


CHARLES WILSON, WILSON MORGAN, )
LAURA JOHNSON-PRICE, DIANE GREEN and )
DOROTHY CARSON, )
)
    Plaintiff-Intervenors, )
)
v. )
)
STATE OF ALABAMA, GOVERNOR FOB )
JAMES, STATE OF ALABAMA PERSONNEL )
DEPARTMENT, STATE OF ALABAMA )
DEPARTMENT OF HUMAN RESOURCES, )
and its Commissioner TONY PETELOS, )
)
    Defendants. )


CHARLES CHINAKWE, )
)
    Plaintiff-Intervenor, )
)
v. )
)
STATE OF ALABAMA, GOVERNOR FOB )
JAMES, STATE OF ALABAMA PERSONNEL )
DEPARTMENT, STATE OF ALABAMA )
DEPARTMENT OF AGRICULTURE and )
INDUSTRY, its Former Commissioner )
A.W. TODD, and Commissioner JACK THOMPSON, )
)
    Defendants. )

4

| | |
|---|---|
| CECIL FAGG, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS and ALICE McKINNEY, Its Director, | ) ) ) ) ) ) |
| Defendants. | ) |
| | |
| DARNELL F. OWENS, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA, GOVERNOR FOB JAMES, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES and TONY PETELOS, Its Director, | ) ) ) ) ) ) |
| Defendants. | ) |

## AMENDED COMPLAINT-IN-INTERVENTION OF DARNELL OWENS

Comes now Plaintiff-Intervenor, Darnell F. Owens, and files this AMENDED COMPLAINT-IN-INTERVENTION and pleads as follows:

1. Plaintiff incorporates herein by reference the Amended Complaint-in-Intervention which was filed on October 1, 1999 in its entirety, paragraphs 1-101 as well the prayer for relief and restates each paragraph.

5

2. The defendants have discriminated against plaintiff-intervenor, Darnell F. Owens, and the class he seeks to represent on the basis of race in hiring, rehiring, compensation, job duty, assignments, recruitment, selection procedures, denial of promotions, discipline, training and experience, subjective decision-making practices, and other terms and conditions of employment which have resulted in disparate impact and treatment of the plaintiff-intervener and the plaintiff class.

3. Plaintiff-Intervenor Darnell F. Owens has been employed by the defendants, the State of Alabama and its agency, State of Alabama Department of Human Resources, Mobile County Department of Human Resources, as a Financial Support Social Worker I/II in the Child Support Division since May, 1993. Mr. Owens received his Masters Degree in Counseling in August, 1998. On or before February 17, 1999, he was certified by the State Personnel Department for the Service Social Worker I/II register. However, even though he was fully qualified, he was not chosen for the Service Social Worker I/II position by the Mobile County Department of Human Resources, where he interviewed on March 31, 1999, and was told that he was not selected for the promotion because others had more social service experience.

4. During Mr. Owens' employment, he has continuously sought promotions into the Social Worker I/II position. However, others with less experience and education have been promoted over him. Mr. Owens and the class he seeks to represent have been prevented from applying for these and other jobs because of closed application periods and have been prevented from being placed on the registers for these and other jobs because of the discriminatory practices of the defendants. The qualifications and experience required by State Personnel Department and the State agencies are not necessary for these and other jobs.

6

5. During the course of Mr. Owens' employment, he has also been discriminated against in regards to job assignments, training, experience, and other terms, conditions and privileges. Such discriminatory denial of job assignments, training and experience results in lower scores and rankings on applications for promotions.

6. In August, 1999, Mr. Owens resigned his position with the Mobile County Department of Human Resources to take a position with the Alabama School of Mathematics and Science.

7. Mr. Owens was eligible for rehire with the Mobile County Department of Human Resources and was on the re-employment register.

8. Mr. Owens sent a letter to the Director, Erin Wheeler, expressing his desire to return, but was informed there were no openings.

9. Mr. Owens called the Mobile County Department of Human Resources in October, 2000, and was informed that there were openings and that he would be considered for a position. He also called back again in November and December, 2000 and was informed that they were considering his request.

10. On information and belief a regular register was requested and used to fill one or more positions, instead of using the re-employment register.

11. Mr. Owens had previously filed an EEOC charge, Charge No. 1330992459, and engaged in other protected activity that related to the State of Alabama and its agency, State of Alabama Department of Human Resources, Mobile County Department of Human Resources.

12. Mr. Owens also filed another EEOC charge, Charge No. 130-A1-1255, and engaged in other protected activity that related to the State of Alabama and its agency, State of Alabama Department of Human Resources, Mobile County Department of Human Resources.

13. Subsequent to his August, 1999, resignation of his position with the Mobile County Department of Human Resources employment, Mr. Owens was discriminated against because of his race, black, in hiring, rehiring, promotion, and terms, conditions, and privileges of employment as well as retaliated against in hiring, rehiring, promotion, discharge, and terms, conditions, and privileges of employment.

14. The defendants have discriminated against plaintiff-intervenor, Darnell F. Owens, and the class he seeks to represent on the basis of race and also retaliated against him and the class he seeks represent for having opposed discrimination and engaged in opposing and engaged in other protected activity that related to the State of Alabama and its agency, State of Alabama Department of Human Resources, Mobile County Department of Human Resources in hiring, rehiring, compensation, job duty, assignments, recruitment, selection procedures, denial of promotions, discipline, training and experience, subjective decision-making practices, and other terms and conditions of employment which have resulted in disparate impact and treatment of the plaintiff-intervener and the plaintiff class.

15. On August 13, 2001, a right to sue was issued on Mr. Owens' EEOC charge, Charge No. 130-A1-1255.

IV. **PRAYER FOR RELIEF:**

8

**WHEREFORE,** the plaintiff-intervenors, including the plaintiff-intervenor Darnell F. Owens, and the class they seeks to represent respectfully pray that this Court assume jurisdiction of this action and after trial:

1. Issue a declaratory judgment that the employment policies, practices, procedures, conditions and customs of the defendants are violative of the rights of the plaintiff-intervenors and the plaintiff class as secured by Title VII of the Act of Congress known as the "Civil Rights Act of 1964," as amended, 42 U.S.C. § 2000e et seq., the "Civil Rights Act of 1991," 42 U.S.C. §§ 1981 and 1983.

2. Grant the plaintiff-intervenors and the plaintiff class a permanent injunction enjoining the defendants, their agents, successors, employees, attorneys and those acting in concert with the defendants and at the defendants' request from continuing to violate Title VII of the Act of Congress known as the "Civil Rights Act of 1964," as amended, 42 U.S.C. § 2000e et seq., the "Civil Rights Act of 1991," 42 U.S.C. § 1981, and 42 U.S.C. § 1983.

3. Enter an Order requiring the defendants to make the plaintiff-intervenors and the plaintiff class whole by awarding them the position(s) they would have occupied in the absence of race discrimination, back-pay (plus interest), declaratory and injunctive relief, lost seniority, lost benefits and lost pension benefits.

4. Grant the plaintiff-intervenors and the plaintiff class such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorney's fees and expenses.

Respectfully submitted,

/s/ Rocco Calamusa, Jr.
Rocco Calamusa, Jr.
Joseph H. Calvin III
Byron R. Perkins
Gregory O. Wiggins
Russell W. Adams
Kimberly C. Page
Richard J. Ebbinghouse

Counsel for the Named Plaintiffs,
Plaintiff-Intervenors, and Putative Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

**Defendants' Addresses**

Department of Public Health
P. O. Box 304230
Montgomery, Alabama 36130-4230

Department of Mental Health and Mental Retardation
Commissioner Virginia Rogers
100 North Union Street
P. O. Box 301410
Montgomery, Alabama 36130-1410

Department of Public Service Commission
President Jim Sullivan
P. O. Box 304230
Montgomery, Alabama 36130-4230

Department of Alabama Crime Victims & Compensation Commission
Executive Director Anita Drummond
P. O. Box 1548
Montgomery, Alabama 36102-1548

Department of Revenue Director
Commissioner H. Gene Monroe and George E. Mingledorff, III, Assistant Commission
4112 Gordon Persons Office Building
50 North Ripley Street
Montgomery, Alabama 36132

Department of Corrections
Commissioner Joe S. Hopper
P. O. Box 301501
Montgomery, Alabama 36130

Department of Forensic Science
Director Carlos Rabren
P.O. Box 3510
Auburn, Alabama 36831-3510

Department of Human Resources
Commissioner Tony Petelos
50 North Ripley Street
Montgomery, Alabama 36130-4000

Department of Agriculture and Industries
A.W. Todd and Jack Thompson, Former Commissioner and Commissioner
1445 Federal Drive
P. O. Box 3336
Montgomery, Alabama 36109-0336

Department of Industrial Relations and
Alice McKinney, its Director
Room 204
649 Monroe Street
Montgomery, Alabama 36131