# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| ) | |
| v. ) | 2:07cv446-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. | |

## MOTION TO WITHDRAW

William F. Gardner, being deceased on May 15, 2007 and William K. Thomas no longer representing any party in this case, it is requested the William F. Gardner and William K. Thomas be allowed to withdraw as counsel in this case and all related cases.

                                        **/s/ *William K. Thomas***
                                        William K. Thomas (THO066)
                                        Cabaniss, Johnston, Gardner,
                                          Dumas & O'Neal LLP
                                        2001 Park Place North, Suite 700
                                        Birmingham, Alabama  35203
                                        Phone:  (205) 716-5200
                                        Fax:  (205) 716-5389
                                        e-mail:  wkt@cabaniss.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW** has been filed using the CM/ECF system and will be served electronically by the system.

      This __20th__ day of June, 2007.

                                    */s/ William K. Thomas*