IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DARNELL F. OWENS,              )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:07cv446-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
        Defendants.            )

                         ORDER

        It is ORDERED that the motion to withdraw (Doc. No.

16) is granted.

        DONE, this the 25th day of June, 2007.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE