# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DARNELL F. OWENS,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **2:07-CV-446-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants Department of Human Resources and Dr. Page Walley, Commissioner, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

    1.    Defendant Department of Human Resources is a governmental entity.

    2.    Defendant Dr. Page Walley is an individual, named in his official capacity as Commissioner of the Department of Human Resources.

Respectfully submitted,

/s/ Abigail H. Avery
Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Attorneys for the Defendants
Department of Human Resources and
Dr. Page Walley, Commissioner

**OF COUNSEL**:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-4604
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email:       wlightfoot@maynardcooper.com
             jholmes@maynardcooper.com
             aavery@maynardcooper.com

Sharon E. Ficquette
DEPARTMENT OF HUMAN RESOURCES
Legal Office
P. O. Box 304000
Montgomery, AL  36130-4000
Telephone:  (334) 242-9330

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

>Russell W. Adams, Esq.
>Rocco Calamusa, Jr., Esq.
>WIGGINS CHILDS QUINN & PANTAZIS, P.C.
>The Kress Building
>301 19th Street North
>Birmingham, AL  35203-3204

For Defendants State Personnel Department, and Jackie Graham, Director of State Personnel:

>Alice Ann Byrne, Esq.
>STATE PERSONNEL DEPARTMENT
>Folsom Administrative Building
>64 North Union Street ~ Suite 316
>Montgomery, AL  36130

>/s/ Abigail H. Avery
>Of Counsel