IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv446-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 29) is granted as requested.

DONE, this the 2nd day of November, 2007.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE