IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARNELL F. OWENS,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | **07 cv 446-MHT** |
| ) | |
| **DEPARTMENT OF HUMAN** ) | |
| **RESOURCES,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

## NOTICE OF APPEARANCE

COMES NOW, Sandra Ingram Speakman, and gives notice to all parties that she is now additional counsel for Defendants State Personnel Board and Jackie Graham.

Respectfully submitted this the 2nd day of January, 2008.

                                                            /s/Sandra Ingram Speakman_____
                                                          SANDRA INGRAM SPEAKMAN (SPE 048)
                                                          ALICE ANN BYRNE  (BYR 015)
                                                          Attorneys for Defendants
                                                          State Personnel Department and
                                                          Jackie Graham, Director of State
                                                          Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (fax)
sandra.speakman@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.                    radams@wcqp.com
    Rocco Calamusa, Jr., Esq.               rcalamusa@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendant Department of Human Resources and
Dr. Page Walley, Commissioner:
    Warren B. Lightfoot, Jr., Esq.            wlightfoot@maynardcooper.com
    John B. Holmes, III, Esq.               jholmes@maynardcooper.com
    Theordore P. Bell, Esq.                 tbell@maynardcooper.com
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  3503-2618

    Sharon E. Ficquette, Esq.               sharon.ficquette@dhr.alabama.gov
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

                                               /s/  Sandra Ingram Speakman
                                               Of Counsel