# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DARNELL OWENS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-446-MHT |
| | * | |
| **DEPARTMENT OF HUMAN** | * | |
| **RESOURCES, et al.** | * | |
| | * | |
| **Defendant.** | | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Richard J. Ebbinghouse, and files his Notice of Appearance, as additional counsel of record for plaintiff, Darnell Owens.

        Respectfully submitted,

        /s/ Richard J. Ebbinghouse
        Richard J. Ebbinghouse
        Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

                                       /s/ Richard J. Ebbinghouse
                                       Richard J. Ebbinghouse
                                       Of Counsel