**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DARNELL F. OWENS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 446-MHT** |
| | ) | |
| **DEPARTMENT OF HUMAN** | ) | |
| **RESOURCES,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

_____

**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Counsel for Defendants State Personnel Department and Jackie Graham hereby give notice that Sandra Ingram Speakman is no longer with the State Personnel Department, and that Joana S. Ellis will be substituted in her place.

Respectfully submitted this the 6th day of February, 2008.

    /s/  Alice Ann Byrne
ALICE ANN BYRNE  (BYR 015)

    /s/  Joana S. Ellis
JOANA S. ELLIS  (ELL 014)

Attorneys for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (fax)
aliceann.byrne@personnel.alabama.gov
joana.ellis@personnel.alabama.gov


## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:


For the Plaintiff:

    Russell W. Adams, Esq.                radams@wcqp.com
    Rocco Calamusa, Jr., Esq.          rcalamusa@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204


For Defendant Department of Human Resources and
Dr. Page Walley, Commissioner:

    Warren B. Lightfoot, Jr., Esq.      wlightfoot@maynardcooper.com
    John B. Holmes, III, Esq.         jholmes@maynardcooper.com
    Theordore P. Bell, Esq.          tbell@maynardcooper.com
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  3503-2618

    Sharon E. Ficquette, Esq.         sharon.ficquette@dhr.alabama.gov
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000


                               /s/   Alice Ann Byrne
                               Of Counsel