IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DARNELL F. OWENS,            )
                             )
   Plaintiff,                )
                             )       CIVIL ACTION NO.
v.                           )        2:07cv446-MHT
                             )
ALABAMA DEPARTMENT OF        )
HUMAN RESOURCES, et al.,     )
                             )
   Defendants.               )

### ORDER

It is ORDERED that the notice of substitution and withdrawal of counsel (Doc. No. 39) is treated as a motion to substitute and withdraw and said motion is granted.

DONE, this the 7th day of February, 2008.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE