IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARNELL OWENS,            ) | |
| ) | |
| *Plaintiff*,            ) | |
| ) | CIVIL ACTION NO.: |
| v.            ) | 2:07-CV-446-MHT |
| ) | |
| STATE OF ALABAMA            ) | |
| PERSONNEL DEPARTMENT, et al.            ) | |
| ) | |
| *Defendants*.            ) | |

### MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW the undersigned and files this Motion for Withdrawal of Counsel regarding Abigail H. Avery and Michelle Clemon as counsel for Defendant State Department of Human Services and Page B. Walley, Commissioner. Abigail H. Avery and Michelle Clemon are no longer employed with the law firm of Maynard, Cooper & Gale, P.C. The above Defendant will continue to be represented by the undersigned and the law firm of Maynard, Cooper & Gale, P.C. Avery's and Clemon's withdrawal will not prejudice any of the parties involved.

    Respectfully submitted,

    /s/ Theodore P. Bell
    Warren B. Lightfoot, Jr.
    John B. Holmes, III
    Theodore P. Bell
    Attorneys for the Defendants
    Alabama Personnel Department and Jackie
    Graham, Director, and the State Department of
    Human Services and Page B. Walley,
    Commissioner

**OF COUNSEL:**

**MAYNARD, COOPER & GALE, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-4604
Telephone:   (205) 254-1000
Facsimile:    (205) 254-1999
Email: wlightfoot@maynardcooper.com
            jholmes@maynardcooper.com
            tbell@maynardcooper.com

Sharon E. Ficquette
DEPARTMENT OF HUMAN RESOURCES
Legal Office
P.O. Box 304000
Montgomery, Alabama 36130-4000
Telephone:  (334) 242-9330


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2008, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*For the Plaintiff:*

Richard J. Ebbinghouse, Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203-3204

*For Defendant State Personnel Dept, Jackie Graham*
*Director of State Personnel Department*

Alice Ann Byrne
STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, Alabama 36130

                                                    /s/ Theodore P. Bell
                                                    Of Counsel

2