IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DARNELL F. OWENS,               )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )        2:07cv446-MHT
                                )
STATE OF ALABAMA, et al.,       )
                                )
    Defendants.                 )

ORDER

It is ORDERED that the motion for withdrawal of counsel (Doc. No. 41) is granted.

DONE, this the 11th day of February, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE