**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DARNELL F. OWENS,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **07 cv 446-MHT** |
| ) | |
| **DEPARTMENT OF HUMAN** ) | |
| **RESOURCES,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

___

**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Counsel for Defendants State Personnel Department and Jackie Graham hereby give notice that Joana S. Ellis (ELL 014) is no longer with the State Personnel Department, and that Tara S. Knee will be substituted in her place.

Respectfully submitted this the 1st day of July, 2008.

/s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)


/s/ Tara S. Knee
TARA S. KNEE (KNE 003)

Attorneys for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (fax)
aliceann.byrne@personnel.alabama.gov
tara.knee@personnel.alabama.gov

                                             /s/ Keith S. Miller
                                            KEITH S. MILLER (MIL 080)

WILKERSON & BRYAN, P.C.
405 South Hull Street
P. O. Box 830
Montgomery, AL 36101-0830
(334) 265-1500
(334) 265-0319 fax
keith@wilkersonbryan.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.                            radams@wcqp.com
    Rocco Calamusa, Jr., Esq.                         rcalamusa@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendant Department of Human Resources and
Dr. Page Walley, Commissioner:
    Warren B. Lightfoot, Jr., Esq.                  wlightfoot@maynardcooper.com
    John B. Holmes, III, Esq.                        jholmes@maynardcooper.com
    Theordore P. Bell, Esq.                            tbell@maynardcooper.com
    MAYNARD COOPER & GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  3503-2618

    Sharon E. Ficquette, Esq.                         sharon.ficquette@dhr.alabama.gov
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

                                                  /s/ Tara S. Knee
                                                  Of Counsel