IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>ALABAMA DEPARTMENT OF )<br>HUMAN RESOURCES, et al., )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv446-MHT |

ORDER

It is ORDERED that the notice of withdrawal of counsel (Doc. No. 44) is treated as a motion to withdraw and said motion is granted.

DONE, this the 2nd day of July, 2008.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE