IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARNELL F. OWENS,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 07 cv 446-MHT |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF FILING

COME NOW Defendants State of Alabama Personnel Department and Jackie Graham, in her official capacity, pursuant to Fed. R. Civ. P. 26 (a)(2) and this Court's Amended Scheduling Order, and hereby certify that on August 12, 2008, the attorneys of record in the above-styled matter were served with the following discovery materials:

1.  Defendants State of Alabama Personnel Department and Jackie Graham, in her official capacity, expert witness reports of Drs. Kathleen K. Lundquist, Toni S. Locklear and Mark J. Schmit with Applied Psychological Techniques, Inc. and Dr. Janet R. Thornton of ERS Group.

Respectfully submitted, this the 12th day of August, 2008.

/s/ Keith S. Miller
Keith S. Miller (MIL080)
Attorney for the Defendants State of
Alabama Personnel Board and Jackie
Graham in her Official Capacity

OF COUNSEL:

WILKERSON & BRYAN, P.C.
P.O. Box 830
405 South Hull Street
Montgomery, Alabama   36101-0830
Telephone: (334) 265-1500
Facsimile:  (334) 265-0319
keith@wilkersonbryan.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN &PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Human Resources and Dr. Page Walley, Commissioner:

    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    Theodore P. Bell, Esq.
    MAYNARD COOPER &GALE, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

    Sharon F. Ficquette, Esq.
    DEPT. OF HUMAN RESOURCES
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

For Defendants State of Alabama, Governor Bob Riley, and State Personnel Department

    Alice Ann Byrne, Esq.
    State Personnel Department
    Legal Division
    Folsom Administrative Building
    64 North Union Street, Suite 316
    Montgomery, AL  36130

    /s/   Keith S. Miller
    Of Counsel