IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO.  2:07cv446-CSC |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| HUMAN RESOURCES, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Now pending before the court is the defendants' joint motion to dismiss for failure to prosecute (doc. # 55).  Upon consideration of the motion, and for good cause, it is

ORDERED that on or before January 21, 2009, the plaintiff shall show cause why the motion should not be granted.

In addition to the plaintiff's address of record, the Clerk of the Court is DIRECTED serve the plaintiff with a copy of this order at the following address:

> Mr. Darnell Owens
> AIS # 00262761
> c/o Chilton County Jail
> 1060 6th Street N
> Clanton, AL  35045

Done this 6th day of January, 2009.


        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE