IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARNELL F. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv446-MHT |
| ) | (WO) |
| STATE OF ALABAMA PERSONNEL ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 5, 2009, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the magistrate judge's recommendation (doc. no. 75) is adopted, the defendants' motion to dismiss (doc. no. 74) is granted, and that this case is dismissed in its entirety with prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the orders of the court.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

DONE, this the 24th day of June, 2009.

                                           /s/  Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE